RECEIVED

JUN 1 4 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **RICKY JAMES BUXIE** <br> **LA. DOC #314647** <br> **VS.** | **CIVIL ACTION NO. 1:16-CV-0476** <br><br> **SECTION P** <br><br> **JUDGE REBECCA DOHERTY** |
| **DARREL VANNOY** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the petition for habeas corpus be **DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 14th day of June, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE